UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

L T TUCKER,

        Plaintiff,

                              Case No. 2:19-cv-235

v.

                              HON. JANET T. NEFF

M. SKYTTA, et al.,

        Defendants.
_____/

## ORDER

      This is a prisoner civil rights action. Defendants filed a Motion for an order to revoke Plaintiff's *in forma pauperis* status (ECF No. 14) and a Motion to stay discovery (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 22, 2020 (ECF No. 25), recommending that this Court deny Defendants' motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

      **IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is APPROVED and ADOPTED as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendants' Motion for an order to revoke Plaintiff's *in forma pauperis* status (ECF No. 14) and Motion to stay discovery (ECF No. 19) are DENIED.

Dated: June 19, 2020                                        /s/Janet T. Neff
                                                            JANET T. NEFF
                                                            United States District Judge