UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| L. T. TUCKER #132271, | Case No. 2:19-cv-00235 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>U.S. District Judge |
| v. | |
| M. SKYTTA, et al., | |
| Defendants. | |
| _____/ | |

## ORDER

On September 7, 2021, the Court held a hearing on Plaintiff L.T. Tucker's motion to compel discovery (ECF No. 126) and motion for an extension of time to file more exhibits (ECF No. 133), and Defendants' motion to stay the dispositive motion deadline (ECF No. 136). For the reasons stated on the record, the motions are denied.

In addition, as explained on the record, the Court strikes the last three pages of Tucker's brief in support of his summary judgment motion (ECF No. 138) because the brief exceeds the 25-page limit under W.D. Mich. LCivR P 7.2(b).

IT IS SO ORDERED.

Dated: September 9, 2021

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE