UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| L. T. TUCKER #132271, | Case No. 2:19-cv-00235 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>U.S. District Judge |
| v. | |
| M. SKYTTA, et al., | |
| Defendants. | |
| _____/ | |

# **ORDER**

This order addresses Plaintiff state prisoner L.T. Tucker's motion for reconsideration of the denial of his motion to file a sur-reply to Defendants' response to his motion for summary judgment (ECF No. 159). (ECF No. 160.) Upon reconsideration, Tucker's motion is GRANTED. Tucker's motion for permission to file a "sur-reply" which is a reply with attached exhibits (ECF No. 155) is granted and is considered by the Court.

IT IS SO ORDERED

Dated: December 6, 2021                    /s/ *Maarten Vermaat*
                                                                  MAARTEN VERMAAT
                                                                  U.S. MAGISTRATE JUDGE